# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

157917 & (23)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

HENRY LEE HURT,
       Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157917
COA: 342120
Genesee CC: 79-028929-FY

On order of the Court, the application for leave to appeal the May 18, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion contesting failure to file responsive pleading is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



d0325

Clerk